**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

DELMER LEE GRACE,

Plaintiff,

v.

DAKOTA COUNTY JAIL and ADMINISTRATION,

Defendants.

Civil No. 01-1718 (JRT/RLE)

**ORDER**

---

This matter is before the Court on plaintiff's motion for an extension of time for filing objections to the Report and Recommendation. The Court finds that the plaintiff has shown good cause for the requested extension.

Based upon defendant's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time for filing objections to the Report and Recommendation [Docket No. 4] is **GRANTED**. Plaintiff's objections should be filed with the Court no later than November 21, 2001.

DATED: Nov 6, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED NOV 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________